No. 86–6466. BEASLEY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 86–6482. MARTIR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–6669. SWEETMAN v. TOWNSHIP OF PENNSAUKEN, NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 86–6676. ANNONSON v. GROVER, STATE SUPERINTENDENT OF PUBLIC INSTRUCTION. Sup. Ct. Wis. Certiorari denied.

No. 86–6682. STANDIFER v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 86–6689. WASHINGTON v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 86–6690. PHILLIPS v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 86–6691. RHODEN v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–6693. SOTO v. LeFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 86–6694. MORRIS v. KEMP, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 86–6714. MONNIN v. CONSOLIDATED RAIL CORPORATION. C. A. 6th Cir. Certiorari denied.

No. 86–6715. OWENS v. ADAMS ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–6720. LEWIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–6744. GORDON v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.